**Appeal Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 14, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00638-CV

**SMART MEALS, INC., Appellant**

**V.**

**RON C. BISHOP, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-34710**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 5, 2012. On August 2, 2012, this court abated the appeal because appellee petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Western District of Texas, under cause number 12-52239. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, this court learned that the bankruptcy case was closed on March 25, 2013. On April 23, 2013, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed a motion to dismiss the appeal. The motion is granted.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.